UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Chaim S. Sprei,                                                      Civil Action No:
                                                                     1:22-cv-5164
                                  Plaintiff,

    -v.-

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;

                                 Defendants.
---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Notice is hereby given that the Plaintiff and the Defendant, Experian Information Solutions, Inc., have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 16th day of November 2022

                                            */s/Eliyahu Babad*
                                            Eliyahu Babad, Esq.
                                            **Stein Saks, PLLC**
                                            One University Plaza
                                            Hackensack, NJ 07601
                                            Phone: 201-282-6500
                                            Ebabad@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 16, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Eliyahu Babad*
                                              Eliyahu Babad, Esq.