UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Chaim S. Sprei,

                      Plaintiff,

    -v.-

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;

                      Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:22-cv-5164

## JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Experian Information Solutions, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 21, 2022

| For Plaintiff Chaim S. Sprei | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Eliyahu Babad* <br> Eliyahu Babad <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> ebabad@steinsakslegal.com | */s/ Victoria Dorfman* <br> Victoria Dorfman <br> Jones Day <br> 51 Louisiana Ave NW 20001 <br> Washington, DC 20001 <br> Ph: (202) 879-3687 <br> vdorfman@jonesday.com |

1

## CERTIFICATE OF SERVICE

I certify that on December 21, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>     /s/ Eliyahu Babad
>     Eliyahu Babad
>     **Stein Saks, PLLC**
>     One University Plaza
>     Hackensack, NJ 07601
>     *Attorneys for Plaintiff*